1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DOUGLAS SHARRON PIGGEE,
11          Petitioner,                    No. CIV S-06-1593 DFL KJM P
12      vs.
13  PEOPLE OF THE STATE OF
    CALIFORNIA,
14
           Respondent.              ORDER
15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254. On November 8, 2006 the court recommended that
18  this action be dismissed for petitioner's failure to either pay the filing fee for this action or file
19  the appropriate request to proceed in forma pauperis. Petitioner filed objections to the court's
20  findings and recommendations on November 20, 2006. In light of the objections, IT IS
21  HEREBY ORDERED that:
22          1. Petitioner is granted thirty days within which to submit the filing fee for this
23  action or a request to proceed in forma pauperis on the form to be provided by the Clerk of the
24  Court. No further extensions of time will be granted.
25  /////
26  /////

1

2. The Clerk of the Court is directed to send petitioner the court's application for proceeding in forma pauperis.

DATED: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

---

1 pigg1593.ifp

2