IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS SHARRON PIGGEE,

      Petitioner,                   No. CIV-S-06-1593 DFL KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.              ORDER

/

        Petitioner, a state prisoner, is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner has filed a request to proceed in forma pauperis. Pursuant to federal statute, a filing fee of $5.00 is required to commence a habeas corpus action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

        The amount of money in plaintiff's inmate trust account shows that he can afford the filing fee for this action. Petitioner has made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993). Petitioner will therefore be granted twenty days in which to submit the appropriate filing fee to the Clerk of the Court.

Petitioner is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date of this order, petitioner shall submit the appropriate filing fee.

DATED: January 24, 2007.

_____
U.S. MAGISTRATE JUDGE

1
pigg1593.101c

2