IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS SHARRON PIGGEE,

    Petitioner,               No. CIV S-06-1593 RRB KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.             ORDER

        Petitioner has requested an extension of time to file objections to the court's April 6, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 21, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the April 6, 2007 findings and recommendations.

DATED: July 2, 2007.

                                         U.S. MAGISTRATE JUDGE

/mp
pigg1593.111