IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS SHARRON PIGGEE,

     Petitioner,                    No. CIV S-06-1593 JKS KJM P

     vs.

PEOPLE OF THE STATE OF CALIFORNIA,

     Respondent.                ORDER

     Petitioner has requested the appointment of counsel. Because this case is now on appeal, petitioner's request (#31) is denied without prejudice to renewal in the Ninth Circuit Court of Appeals.

DATED: February 22, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
pigg1593.110